# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00129-CV

**Texas Department of Family and Protective Services, Appellant**

**v.**

**M. E. and B. E., Appellees**

## FROM THE 433RD DISTRICT COURT OF COMAL COUNTY,
## NO. C2011-0351D, THE HONORABLE DIB WALDRIP, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

The reporter's record in this appeal was originally due to be filed on March 11, 2013. By request to this Court dated March 11, 2013, Cindy Cummings requested an extension of 30 days.

Effective March 1, 2012, amendments to the Texas Rules of Appellate Procedure adopted by Texas Supreme Court Miscellaneous Docket No. 12-9030 prohibit this Court from granting extensions of over 10 days for the filing of reporters' records in accelerated appeals, including those from suits for termination of parental rights. *See* Tex. R. App. P. 35.3(c). Further, any extensions of time granted for the filing of the reporters' records may not exceed 30 days cumulatively. *See* Tex. R. App. P. 28.4(b)(2). Accordingly, Cindy Cummings is hereby ordered to file the reporter's record in this case on or before April 1, 2013. If the record is not filed by that date, Cummings may be required to show cause why she should not be held in contempt of court.

It is ordered on March 20, 2013.


Before Chief Justice Jones, Justices Goodwin and Field